1  Gregory J. Kamer     #0270
2  Edwin A. Keller, Jr.  #6013
   Dare E. Heisterman   #14060
3  3000 West Charleston Boulevard, Suite 3
   Las Vegas, Nevada 89102-1990
4  Tel: (702) 259-8640
   Fax: (702) 259-8646
5  Email: gkamer@kzalaw.com
6         ekeller@kzalaw.com
          dheisterman@kzalaw.com
7
   Attorneys for Respondent
8  Bombard Mechanical, LLC

9

10              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
11

12  UNITED ASSOCIATION OF JOURNEYMEN )    Case No. 2:19-cv-00431-JAD-CWY
    AND APPRENTICES OF THE PLUMBING & )
13  PIPE FITTING INDUSTRY OF THE          )
    UNITED STATES AND CANADA, LOCAL       )   <u>**STIPULATION AND REQUEST FOR**</u>
14  525, LAS VEGAS, NEVADA AFL-CIO,       )   <u>**EXTENSION OF TIME FOR**</u>
                                          )   <u>**RESPONDENT TO RESPOND TO**</u>
15                  Petitioner,           )   <u>**PETITIONER'S PETITION TO**</u>
                                          )   <u>**COMPEL ARBITRATION**</u>
16  vs.                                   )
                                          )        *(First Request)*
17  BOMBARD MECHANICAL, LLC, a Nevada     )
    Limited Liability Company, and DOES I-V, )
18  ROES VI-X,                            )
                                          )
19                  Respondents.          )
20  _____ )

21

22       Pursuant to LR 6-1, Petitioner, United Association of Journeymen and Apprentices of the

23  Plumbing & Pipe Fitting Industry of the United States and Canada, Local 525, Las Vegas, Nevada

24  AFL-CIO, and Respondent, Bombard Mechanical, LLC ("Bombard"), by and through their respective

25  counsel of record, stipulate and request that the Court extend the deadline for Bombard to respond

26  to the Petition to Compel Arbitration from the current deadline of April 12, 2019, up to and including

27  May 2, 2019.

28       In support of this Stipulation and Request, the parties state the following:

---

KAMER ZUCKER ABBOTT    *Attorneys at Law*
3000 West Charleston Boulevard, Suite 3 · Las Vegas, NV 89102 · (702) 259-8640

1    1.    Bombard was served with the Petition to Compel Arbitration on March 22, 2019,
2    rendering a response due by April 12, 2019.
3    2.    Bombard retained Kamer Zucker Abbott to represent it in this matter on March 29,
4    2019.
5    3.    Both parties' counsel conferred on April 2, 2019 regarding Bombard's request for an
6    extension of time. Petitioner's counsel was amenable to an extension up to and including May 2, 2019.
7    4.    This request is brought in good faith and not sought for the purpose of delay or any
8    other improper purpose. Rather, this request is brought only to provide Bombard's counsel with
9    sufficient time to review and respond to the Petition to Compel Arbitration, taking into account its
10   counsel's previously scheduled labor contract negotiations and briefing deadlines in Norsoph v.
11   Riverside Resort and Casino, Inc., Case 2:13-cv-00580-APG-GWF (D. Nev.), an FLSA collective
12   action case.
13   5.    This is the first request to extend the deadline to respond to the Petition to Compel
14   Arbitration. No previous extensions of time have been granted.
15   / / /
16   / / /
17   / / /
18   / / /
19   / / /
20   / / /
21   / / /
22   / / /
23   / / /
24   / / /
25   / / /
26   / / /
27   / / /
28

WHEREFORE, the parties respectfully request the Court extend the deadline for Bombard to respond to the Petition to Compel Arbitration, from the current deadline of April 12, 2019, up to and including May 2, 2019.

DATED this 3rd day of April 2019.

Dobberstein Law Group
Eric Dobberstein, Esq.
Rhonda Long, Esq., Esq.
9480 South Eastern Avenue, Suite 244
Las Vegas, Nevada 89123

Francis J. Morton, Esq.
760 North Lamb Boulevard
Las Vegas, Nevada 89110

Attorneys for Petitioner

Kamer Zucker Abbott
Gregory J. Kamer, Esq.
Edwin A. Keller, Jr., Esq.
Dare Heisterman, Esq.
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102

Attorneys for Respondent

## ORDER

**IT IS SO ORDERED.**

DATED: April 8, 2019

_____
UNITED STATES MAGISTRATE JUDGE