# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

United Association of Journeymen and Apprentices of the Plumbing & Pipe Fitting Industry of the United States and Canada, Local 525, Las Vegas, Nevada AFL-CIO,

    Plaintiff

v.

Bombard Mechanical, LLC,

    Defendant

Case No. 2:19-cv-00431-JAD-CWH

**Order Granting Motion to Compel Arbitration**

[ECF No. 1]

The United Association of Journeymen and Apprentices of the Plumbing & Pipe Fitting Industry of the United States and Canada, Local 525, Las Vegas, Nevada AFL-CIO filed this action to compel Bombard Mechanical, LLC to arbitrate as required by Article IX of the Master Labor Agreement.[1] By stipulation, Bombard's deadline to oppose that motion was extended to May 2, 2019.[2] That deadline passed two weeks ago, and Bombard filed no response and did not seek to further extend its deadline to do so. Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." I apply this rule and construe Bombard's failure to oppose the Union's motion to compel as its consent to grant it. Accordingly,

---

[1] ECF No. 1.
[2] ECF No. 8.

IT IS HEREBY ORDERED that the motion to compel **arbitration [ECF No. 1] is GRANTED. Bombard Mechanical, LLC must arbitrate the dispute** outlined in the petition [ECF No. 1] under the terms of Article IX of the Master Labor Agreement [ECF No. 1-1].

And because this case was initiated for the purpose of compelling arbitration and that issue has now been resolved, IT IS FURTHER ORDERED that **the Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.**

Dated: May 19, 2019

_____
U.S. District Judge Jennifer A. Dorsey